# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MAC CRAWFORD III,<br><br>Defendant. | Case No. 15cr2234-MMA<br><br>**ORDER RE: DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**<br><br>[Doc. No. 45] |

Defendant Joseph Mac Crawford III, proceeding pro se, has filed a motion to modify the conditions of his term of supervised release. *See* Doc. No. 45. Specifically, Defendant seeks modification of Special Condition No. 4 set forth in the March 14, 2016 judgment of conviction. *See* Doc. No. 40. Upon initial review, the Court finds Defendant's motion unsuitable for summary disposition. Accordingly, the Court **REAPPOINTS** Federal Defenders as defense counsel and **SETS** the matter for a **telephonic** hearing on **January 27, 2021 at 2:00 p.m.** The government may file a response to Defendant's motion no later than three (3) days prior to the scheduled hearing.

**IT IS SO ORDERED**.

DATE: January 19, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge